GEORGE A. SPIROU v. MILWAUKEE MECHANICS INSURANCE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

STELLA NORWOOD v. SAMUEL SCHACHER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROBERT S. LEVY, on Behalf of Himself and All Other Persons Similarly Situated, v. PARAMOUNT PUBLIX CORPORATION and Others, Impleaded with GILBERT W. KAHN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., taking no part.

HAROLD HARRIS v. NATIONAL GARY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ; Untermyer, J., dissents.

GLADYS ROSE FARMER, as Administratrix, etc., of JOHN AUSTIN FARMER, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.

NORMAN C. NORMAN, Appellant, v. THE BALTIMORE AND OHIO RAILROAD COMPANY, Respondent.* — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., taking no part.

LUCIUS WILMERDING, JR., Appellant, v. W. ARTHUR CUNNINGHAM, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PAULINE F. EICKEMEYER, Respondent, v. THOMAS A. KANE, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENNY SABATINO, Respondent, v. JAMES L. LONG and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., O'Malley, Townley and Glennon, JJ.

SEVEN TWENTY EIGHT LEXINGTON LEASING CORPORATION, Respondent, v. WINMORE REALTY CORPORATION, Appellant, Impleaded with WALDORF SYSTEM INCORPORATED, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of LUCY WALLACH, Respondent, against HARRY WALLACH, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDITH G. OSTRANDER, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.† — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and direct judgment for the plaintiff.

* Affd., 265 N. Y. 37.          † Affd., 265 N. Y. ——.